[No. 23259-6-II.    Division Two.    June 11, 1999.]

JAMES RODGERS, ET AL., *Appellants*, v. MERLIN ENTERPRISES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce

County, No. 97-2-07554-3, Nile E. Aubrey, J., entered April 17, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J.